**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>**DISTRICT OF DELAWARE** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Highview Point Partners, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): 20-2710917 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1055 Washington Boulevard, 5th Floor<br>Stamford, Connecticut<br>(203) 391-6720   ZIP CODE 06901 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Fairfield County, Connecticut | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>Stamford, Connecticut   ZIP CODE |
|---|

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other Registered Investment Advisor

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

ny-974640

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Highview Point Partners, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: None | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>None | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   <u>Not Applicable</u><br>    Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    <u>                              </u><br>    (Name of landlord that obtained judgment)

    <u>                                </u><br>    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

American LegalNet, Inc.<br>www.FormsWorkFlow.com

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Highview Point Partners, LLC |

| Signatures | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   Not Applicable
_____
Signature of Debtor

X   Not Applicable
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X   Not Applicable
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X   /s/ David B. Stratton          *Gary S. Lee*
_____
Signature of Attorney for Debtor(s)
David B. Stratton                          Gary S. Lee
Printed Name of Attorney for Debtor(s)
Pepper Hamilton LLP          Morrison & Foerster LLP
Firm Name
Hercules Plaza, Suite 5100          1290 Avenue of the Americas
Address
1313 Market Street, P.O. Box 1709     New York, New York 10004
Wilmington, DE 19899-1709
(302) 777-6500                          (212) 468-8000
Telephone Number
May 6, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   *Frank Lopez*
_____
Signature of Authorized Individual
Frank H. Lopez
Printed Name of Authorized Individual
Managing Member
Title of Authorized Individual
May 6, 2011
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Not Applicable
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X   Not Applicable
_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## RESOLUTIONS OF HIGHVIEW POINT PARTNERS, LLC
## AS OF MAY 6, 2011

We, the undersigned, being the Managing Members of Highview Point Partners, LLC (the "Company"), do hereby certify and adopt the following resolutions on behalf of the Company:

**RESOLVED,** that in the judgment of the Company it is desirable and in the best interests of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"); and it is further

**RESOLVED,** that the form of a petition under Chapter 11 presented to this meeting is approved and adopted in all respects, that either Christopher Luth or Frank Lopez, Managing Members of the Company (individually a "Managing Member", and together, the "Managing Members"), is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware at such time as the Managing Members shall determine appropriate; and it is further

**RESOLVED,** that the Managing Members be and hereby are authorized to retain Louis J. Freeh on behalf of the Company to serve as Crisis Manager/Chief Restructuring Officer for the Company (the "CM/CRO"), upon such terms that the Company shall approve; and it is further

**RESOLVED,** that either of the Managing Members or the CM/CRO is authorized to execute and file all petitions, reorganization schedules, lists, motions, affidavits, applications and other documents and to take any and all other actions which the Managing Members or CM/CRO may deem necessary or proper in connection with such Chapter 11 case; and it is further

**RESOLVED,** that the either of the Managing Members or the CM/CRO be and hereby is authorized to retain on behalf of the Company, the firms of Pepper Hamilton, LLP, Morrison & Foerster, LLP, and Appleby as legal counsel for the Company under general retainers, in addition to such additional special counsel or other professionals as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case; and it is further

**RESOLVED,** that all acts lawfully done or actions lawfully taken by any of the Managing Members or the CM/CRO to file the petition for relief under Chapter 11 of the Bankruptcy Code, or in connection with any other matter related to the Chapter 11 case or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved; and it is further

GENERAL AUTHORITY

**RESOLVED,** that any and all actions heretofore taken by each of the Managing Members and the CM/CRO with respect to any of the foregoing resolutions are hereby ratified and confirmed as the acts and deeds of the Company; and it is further

**RESOLVED,** that each of the Managing Members and the CM/CRO is hereby authorized, directed and empowered to take such action, to execute and deliver all such certificates and documents, and to do all such other acts and things as he deems necessary, advisable or appropriate to carry out the purposes and intent, but within the limitations, of the foregoing resolutions.

Highview Point Partners, LLC

By: _____ .
     Frank H. Lopez

By: _____
     Christopher Luth

## RESOLUTIONS OF HIGHVIEW POINT PARTNERS, LLC
## AS OF MAY 6, 2011

We, the undersigned, being the Managing Members of Highview Point Partners, LLC (the "Company"), do hereby certify and adopt the following resolutions on behalf of the Company:

**RESOLVED**, that in the judgment of the Company it is desirable and in the best interests of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"); and it is further

**RESOLVED**, that the form of a petition under Chapter 11 presented to this meeting is approved and adopted in all respects, that either Christopher Luth or Frank Lopez, Managing Members of the Company (individually a "Managing Member", and together, the "Managing Members"), is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware at such time as the Managing Members shall determine appropriate; and it is further

**RESOLVED**, that the Managing Members be and hereby are authorized to retain Louis J. Freeh on behalf of the Company to serve as Crisis Manager/Chief Restructuring Officer for the Company (the "CM/CRO"), upon such terms that the Company shall approve; and it is further

**RESOLVED**, that either of the Managing Members or the CM/CRO is authorized to execute and file all petitions, reorganization schedules, lists, motions, affidavits, applications and other documents and to take any and all other actions which the Managing Members or CM/CRO may deem necessary or proper in connection with such Chapter 11 case; and it is further

**RESOLVED**, that the either of the Managing Members or the CM/CRO be and hereby is authorized to retain on behalf of the Company, the firms of Pepper Hamilton, LLP, Morrison & Foerster, LLP, and Appleby as legal counsel for the Company under general retainers, in addition to such additional special counsel or other professionals as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any of the Managing Members or the CM/CRO to file the petition for relief under Chapter 11 of the Bankruptcy Code, or in connection with any other matter related to the Chapter 11 case or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved; and it is further

## GENERAL AUTHORITY

**RESOLVED,** that any and all actions heretofore taken by each of the Managing Members and the CM/CRO with respect to any of the foregoing resolutions are hereby ratified and confirmed as the acts and deeds of the Company; and it is further

**RESOLVED,** that each of the Managing Members and the CM/CRO is hereby authorized, directed and empowered to take such action, to execute and deliver all such certificates and documents, and to do all such other acts and things as he deems necessary, advisable or appropriate to carry out the purposes and intent, but within the limitations, of the foregoing resolutions.

Highview Point Partners, LLC

By: _____
     Frank H. Lopez

By: _____
     Christopher Luth

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| HIGHVIEW POINT PARTNERS, LLC,[1] | ) 11- |
| | ) |
| Debtor. | ) |
| | ) |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Highview Point Partners, LLC ("Highview"), as debtor in possession, respectfully represents that there is no corporation that directly or indirectly owns 10% or more of any class of Highview's equity (membership) interests.

Highview Point Partners, LLC

By: _Frank Lopez_

Name: Frank H. Lopez
Title: Managing Member

---

[1] The last four digits of the Debtor's federal tax identification number are 0917. The service address for the Debtor is: 1055 Washington Boulevard, 5th Floor, Stamford, Connecticut 06901.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| HIGHVIEW POINT PARTNERS, LLC,[1] | ) | 11- |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST
## UNSECURED CLAIMS AGAINST THE DEBTOR

The debtor (the "Debtor") in this chapter 11 case filed a voluntary petition in this Court on May 6, 2011 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtor's twenty largest unsecured creditors (the "Top 20 List") based on the Debtor's books and records as of the Petition Date. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for Filing in the Debtor's chapter 11 case. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31)[2] or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtor's right to contest the validity, priority, and/or amount of any such claims.

**[Top 20 List Begins on Following Page]**

---

[1] The last four digits of the Debtor's federal tax identification number are 0917. The service address for the Debtor is: 1055 Washington Boulevard, 5th Floor, Stamford, Connecticut 06901.

[2] The Top 20 List includes Highview Point Offshore, Ltd., Highview Point, LP, Highview Point Master Fund, Ltd., which may qualify as "insiders" of the Debtor pursuant to Section 101(31) of the Bankruptcy Code. Such entities may hold significant contingent claims against the Debtor arising from certain investment management agreements between the Debtor and these entities, which claims may be held in their own right and on behalf of the investors (or creditors) of these funds. The investors (and creditors) of these funds may also hold contingent, unliquidated and/or disputed claims against the Debtor. The identity of the investors has not been disclosed on the foregoing Top 20 list; however, such parties have been provided with notice of the filing of this chapter 11 case

| | (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|---|
| 1 | Highview Point Offshore, Ltd. | Highview Point Offshore, Ltd.<br>c/o Ogier Fiduciary Services (Cayman) Limited<br>89 Nexus Way, Camana Bay<br>Grand Cayman KY1-9007<br>Cayman Islands<br><br>c/o Highview Point Partners, LLC<br>1055 Washington Boulevard<br>Stamford CT 06901 | Investment Services | Contingent, Disputed, Unliquidated | UNKNOWN |
| 2 | Highview Point, LP | Highview Point, LP<br>c/o Corporation Service Company<br>2711 Centerville Road<br>Suite 400<br>Wilmington DE 19808<br><br>c/o Highview Point Partners, LLC<br>1055 Washington Boulevard<br>Stamford CT 06901 | Investment Services | Contingent, Disputed, Unliquidated | UNKNOWN |
| 3 | Highview Point Master Fund, Ltd. | Highview Point Master Fund, Ltd.<br>c/o Ogier Fiduciary Services (Cayman) Limited<br>89 Nexus Way, Camana Bay<br>Grand Cayman KY1-9007<br>Cayman Islands<br><br>c/o Highview Point Partners, LLC<br>1055 Washington Boulevard<br>Stamford CT 06901 | Investment Services | Contingent, Disputed, Unliquidated | UNKNOWN |
| 4 | Banco General Banca Privada | Calle Aquilino De La Guardia Y Ave. 5ta. B Sur<br>Torre Banco General, Piso 18<br>Panama, Republic of Panama<br>(011) 507-305-0003<br>Attn: José Alberto Humbert | Revenue Sharing | | $15,436.66 |
| 5 | One Communications | 2150 Holmgren Way<br>Green Bay WI 54304<br>800-962-2488 | Service Contract (Cancelled) | Disputed | $3,233.73 |
| 6 | Sadis & Goldberg LLP | 551 Fifth Avenue, 21st Flr.<br>New York, NY 10176<br>212-947-3793<br>Attn: Ron Geffner | Legal | | $2,470.00 |

| | (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|---|
| 7 | Victor Chong | Highview Point Partners<br>1055 Washington Blvd., 5th Flr.<br>Stamford, CT 06901<br>203-391-6724 | Employee | | $2,419.35 |
| 8 | Belinda Pereira | Highview Point Partners<br>1055 Washington Blvd., 5th Flr.<br>Stamford, CT 06901<br>203-391-6724 | Employee | | $2,419.35 |
| 9 | Danziger Markhoff LLP | 123 Main Street<br>White Plains, NY 10601<br>914-948-1556 | Legal | | $942.05 |
| 10 | Reckson Operating Partnership | 420 Lexington Ave.<br>New York, NY 10170<br>914-750-7200 | Lease (Expenses) | | $722.19 |
| 11 | Optimum Lightpath | 565 Taxter Rd<br>Elmsford, NY 10523<br>914-457-9684<br>Attn: Aaron Finch | Service Contract | | $181.48 |
| 12 | Cablevision | 1111 Stewart Avenue<br>Bethpage, NY 11714<br>203-348-9211 | Trade Debt | | $100.50 |
| 13 | Verizon Wireless | Verizon Wireless<br>P.O. Box 15062<br>Albany, NY 12212-5062 | Service Contract | | $11.63 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|                                         |     |               |
|-----------------------------------------|-----|---------------|
| In re                                   | )   | Chapter 11    |
|                                         | )   |               |
| HIGHVIEW POINT PARTNERS, LLC,[1]        | )   | 11-           |
|                                         | )   |               |
| Debtor.                                 | )   |               |
|                                         | )   |               |

## DECLARATION CONCERNING THE LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR

I, Frank H. Lopez, in my capacity as Managing Member of Highview Point Partners, LLC, declare under penalty of perjury that I have reviewed the foregoing List of Creditors Holding the 20 Largest Unsecured Claims Against the Debtor and that the information contained therein is true and correct to the best of my information and belief.

Dated: May 6, 2011
      New York, New York

Name: Frank H. Lopez
Title:  Managing Member

---

[1] The last four digits of the Debtor's federal tax identification number are 0917. The service address for the Debtor is: 1055 Washington Boulevard, 5th Floor, Stamford, Connecticut 06901.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| HIGHVIEW POINT PARTNERS, LLC,[1] | ) 11- |
| | ) |
| Debtor. | ) |
| | ) |

## LIST OF CREDITORS AND ENTITIES TO BE INCLUDED
## ON SCHEDULES PURSUANT TO BANKRUPTCY RULE 1007(a)(1)

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Avaya
P.O. Box 5332
New York, NY 10087-5332

Banco General Banca Privada
Attn: José Alberto Humbert
Calle Aquilino De La Guardia
Y Ave. 5ta. B Sur
Torre Banco General, Piso 18
Panama, Republic of Panama

Belinda Pereira
c/o Highview Point Partners
1055 Washington Blvd., 5th Floor
Stamford, CT 06901

Bloomberg Finance
Attn: Jaime Widder
731 Lexington Ave.
New York, NY 10022

Danziger Markhoff LLP
123 Main Street
White Plains, NY 10601

---

[1] The last four digits of the Debtor's federal tax identification number are 0917.  The service address for the Debtor is: 1055 Washington Boulevard, 5th Floor, Stamford, Connecticut  06901.

GlobeOp Financial Services LLC
Attn: Aneel Gill
One South Road
Harrison, NY 10528

Masotti & Masotti
Attn: Dan Greenberg
1100 Summer Street
Stamford, CT 06905-5534

Metro North Railroad
420 Lexington Ave, Floor 9
New York, NY 10170

One Communications
2150 Holmgren Way
Green Bay, WI 54304

Optimum Lightpath
Attn: Aaron Finch
565 Taxter Rd
Elmsford, NY 10523

Oxford Benefit Management
c/o HealthInsight
745 Hope Road
Tinton Falls, NJ 07724

Oxford Health Plans
48 Monroe Tpke.
Trumbull, CT 06611

Reckson Operating Partnership
420 Lexington Ave.
New York, NY 10170

Sadis & Goldberg LLP
Attn: Ron Geffner
551 Fifth Avenue, 21st Floor
New York, NY 10176

Verizon Wireless
P.O. Box 15062
Albany, NY 12212-5062

Victor Chong
c/o Highview Point Partners
1055 Washington Blvd., 5th Floor
Stamford, CT 06901

Cablevision

1111 Stewart Avenue
Bethpage, NY 11714-3581

IKON Office Solutions
70 Valley Stream Parkway
Malvern, PA 19355-0989

Mozy Pro
2162 Grove Parkway, Suite 200
Pleasant Grove, UT 84062-6728

MyFax
5555 Glenridge Connctr NE
Atlanta, GA 30342-4759

Yahoo! Small Business
Attn: Finance Dept
701 First Avenue
Sunnyvale, CA 94089-1019

Brune & Richard LLP
One Battery Park Plaza
New York, NY 10004

Christopher Luth
c/o Highview Point Partners
1055 Washington Blvd., 5th Floor
Stamford, CT 06901

Cowdery, Eckert & Murphy, LLC
280 Trumbull Street
Hartford, CT 06103-3599

Finn Dixon & Herling LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2048

Financial Industry Regulatory Authority
1735 K Street
Washington, D.C. 20006

Francisco Illarramendi
61 Parade Hill Lane
New Canaan, CT 06840

Frank Lopez
c/o Highview Point Partners
1055 Washington Blvd., 5th Floor
Stamford, CT 06901

Wiggin & Dana LLP
One Century Tower
265 Church Street
PO Box 1832
New Haven, CT 06508-1832

Highview Point Partners, LLC
1055 Washington Boulevard
Stamford CT 06901

Highview Point Offshore, Ltd.
c/o Ogier Fiduciary Services
(Cayman) Limited
89 Nexus Way, Camana Bay
Grand Cayman KY1-9007
Cayman Islands
        -and-
c/o Highview Point Partners, LLC
1055 Washington Boulevard
Stamford CT 06901

Highview Point Master Fund, Ltd.
c/o Ogier Fiduciary Services
(Cayman) Limited
89 Nexus Way, Camana Bay
Grand Cayman KY1-9007
Cayman Islands
        -and-
c/o Highview Point Partners, LLC
1055 Washington Boulevard
Stamford CT 06901

Highview Point, LP
c/o Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington DE 19808
        -and-
c/o Highview Point Partners, LLC
1055 Washington Boulevard
Stamford CT 06901

Highview Point Advisors, LLC
Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington DE 19808
        -and-

c/o Highview Point Partners, LLC
1055 Washington Boulevard
Stamford CT 06901

Investors of Highview Point Offshore Ltd
c/o Ogier Fiduciary Services
(Cayman) Limited
89 Nexus Way, Camana Bay
Grand Cayman KY1-9007
Cayman Islands

Investors of Highview Point Master
Fund Ltd, c/o Ogier Fiduciary Services
(Cayman) Limited
89 Nexus Way
Camana Bay
Grand Cayman KY1-9007
Cayman Islands

Investors of Highview Point, LP
c/o Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington DE 19808

Cablevision
PO Box 15660
Worcester, MA 01615-0660

CNA Insurance
PO Box 382033
Pittsburgh, PA 15250-8033

Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

Nationwide Financial
One Nationwide Plaza
Columbus, OH 43215

Paychex Inc.
Stamford Branch Office
800 Connecticut Avenue
Suite 2 North
Norwalk, CT 06854

Rampart Brokerage Corp.
1983 Marcus Avenue, #C130
New Hyde Park, NY 11042-2018

SKCG Group, Inc.
Retirement Services
123 Main Street, 14th Floor
White Plains, NY 10601

John J. Carney, Court Appointed Receiver
in *SEC v. Illarramendi, MichaelKenwood
Capital Mgmt, LLC et al.*, No. 3:11-cv-
00078 (D. Conn), c/o Baker & Hostetler
45 Rockefeller Plaza
New York, NY 10111


Securities and Exchange Commission
Boston Regional Office
Attn: Carlos Costa-Rodrigues
33 Arch Street, 23rd Floor
Boston, MA 02110-1424

Securities and Exchange Commission
Boston Regional Office
Attn: LeeAnn Gaunt
33 Arch Street, 23rd Floor
Boston, MA 02110-1424

Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

Securities and Exchange Commission
New York Regional Office
Attn: George S. Canellos,
Regional Director
3 World Financial Center, Suite 400
New York, NY 10281-1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Internal Revenue Service
Centralized Insolvency Operation
11601 Roosevelt Blvd.
Mail Drop N781
Philadelphia, PA 10154

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| HIGHVIEW POINT PARTNERS, LLC,[1] | ) | 11- |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## DECLARATION REGARDING CREDITOR LIST

I, Frank H. Lopez, in my capacity as Managing Member of Highview Point Partners, LLC, declare under penalty of perjury that I have reviewed the Creditor List submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: May 6, 2011
      New York, New York

Name: Frank H. Lopez
Title: Managing Member

---

[1] The last four digits of the Debtor's federal tax identification number are 0917. The service address for the Debtor is: 1055 Washington Boulevard, 5th Floor, Stamford, Connecticut 06901.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| HIGHVIEW POINT PARTNERS, LLC,[1] | ) | 11- |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

| Holder | Name and Address of Owner(s) | Description of Equity Interest Owned |
|---|---|---|
| Frank H. Lopez | Frank H. Lopez<br>1055 Washington Boulevard<br>5th Floor<br>Stamford, CT 06901 | 50% Interest |
| Chistopher H. Luth | Chistopher H. Luth<br>1055 Washington Boulevard<br>5th Floor<br>Stamford, CT 06901 | 50% Interest |

---

[1] The last four digits of the Debtor's federal tax identification number are 0917. The service address for the Debtor is: 1055 Washington Boulevard, 5th Floor, Stamford, Connecticut 06901.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| HIGHVIEW POINT PARTNERS, LLC,[1] | ) 11- |
| | ) |
| Debtor. | ) |
| | ) |

## DECLARATION CONCERNING DEBTOR'S LIST OF EQUITY SECURITY HOLDERS

    I, Frank H. Lopez, in my capacity as Managing Member of Highview Point Partners, LLC, declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that the information contained therein is true and correct to the best of my information and belief.

Dated: May 6, 2011
      Wilmington, Delaware

Name: Frank H. Lopez
Title: Managing Member

---

[1] The last four digits of the Debtor's federal tax identification number are 0917. The service address for the Debtor is: 1055 Washington Boulevard, Stamford, Connecticut 06901.