# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| HIGHVIEW POINT PARTNERS, LLC,[1] | ) | Case No. 11-11432 (   ) |
| | ) | |
| Debtor. | ) | **Related Docket No. 1** |
| | ) | |

## DECLARATION OF SERVICE

I, Evelyn J. Meltzer, hereby declare that on the 6th day of May, 2011, I caused the Chapter 11 Voluntary Petition [Docket No. 1] to be served on the parties listed on **Exhibit A** and **Exhibit B**[2] attached hereto via overnight courier.

Date: May 6, 2011
      Wilmington, Delaware

Respectfully submitted,

/s/ Evelyn J. Meltzer
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
John H. Schanne II (DE No. 5260)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19801-1709
Tel:   (302) 777-6500
Fax:  (302) 421-8390
Email: strattond@pepperlaw.com
         meltzere@pepperlaw.com

-and-

---

[1] The last four digits of the Debtor's federal tax identification number are 0917. The service address for the Debtor is: 1055 Washington Boulevard, 5th Floor, Stamford, Connecticut 06901.

[2] Exhibit B has been redacted as it includes investors in Highview Point Offshore, Ltd., Highview Point, LP, and Highview Point Master Fund, Ltd., the identities of which are confidential.

Gary S. Lee, Esq.
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104-0050
Tel:     (212) 468-8000
Fax:    (212) 468-7900
Email: glee@mofo.com

*Proposed Co-Counsel to the Debtor*

# **EXHIBIT A**

# Core/2002 Service List

| COMPANY NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| DE State Attorney General's Office | Attn: Joseph R. Biden III, Esq. | Carvel State Office Building | 820 North French Street, 8th Floor | Wilmington | DE | 19801 | |
| State of Delaware Division of Revenue | Attn: Kathleen Book | 820 North French Street, 8th Floor | | Wilmington | DE | 19801 | |
| Delaware Department of Justice | Attn: Bankruptcy Department | 820 North French Street, 6th Floor | | Wilmington | DE | 19801 | |
| Delaware Secretary of the State | Division of Corporations | P.O. Box 898 | | Dover | DE | 19903 | |
| Delaware State Treasury | | P.O. Box 7040 | | Dover | DE | 19903 | |
| Internal Revenue Service | Centralized Insolvency Operation | 11601 Roosevelt Blvd. | Mail Drop N781 | Philadelphia | PA | 19154 | |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 21126 | | Philadelphia | PA | 19114-0326 | |
| Office of the United States Trustee | Attn: David Buchbinder, Esq. | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| United States Attorney's Office | Attn: Charles M. Oberly III, Esq. | 1007 N Orange Street, Suite 700 | P.O. Box 2046 | Wilmington | DE | 19899-2046 | |
| U.S. Department of Justice | Eric H. Holder, Jr., U.S. Attorney General | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | |
| U.S. Securities & Exchange Commission | Daniel M. Hawke, Regional Director | The Mellon Independence Center | 701 Market Street | Philadelphia | PA | 19106-1532 | |
| U.S. Securities & Exchange Commission | George S. Canellos, Regional Director | 3 World Financial Center, Suite 400 | | New York | NY | 10281-1022 | |
| U.S. Securities & Exchange Commission | David Bergers, Regional Director | 33 Arch Street, 23rd Floor | | Boston | MA | 02110-1424 | |
| U.S. Securities & Exchange Commission | Alan Maza, Esq., Sr. Bankruptcy Counsel | 3 World Financial Center, Suite 400 | | New York | NY | 10281-1022 | |
| U.S. Securities & Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 | |
| U.S. Department of the Treasury | Timothy Geithner | 1500 Pennsylvania Avenue, NW | | Washington | DC | 20020 | |
| Highview Point Offshore, Ltd. | c/o Ogier Fiduciary Services (Cayman) Limited | 89 Nexus Way, Camana Bay | | Grand Cayman | | KY1-9007 | Cayman Islands |
| Highview Point Offshore, Ltd. | c/o Highview Point Partners, LLC | 1055 Washington Boulevard | | Stamford | CT | 06901 | |
| Highview Point, LP | c/o Corporation Service Company | 2711 Centerville Road, Suite 400 | | Wilmington | DE | 19808 | |
| Highview Point, LP | c/o Highview Point Partners, LLC | 1055 Washington Boulevard | | Stamford | CT | 06901 | |
| Highview Point Master Fund, Ltd. | c/o Ogier Fiduciary Services (Cayman) Limited | 89 Nexus Way, Camana Bay | | Grand Cayman | | KY1-9007 | Cayman Islands |
| Highview Point Master Fund, Ltd. | c/o Highview Point Partners, LLC | 1055 Washington Boulevard | | Stamford | CT | 06901 | |
| Banco General Banca Privada | Attn: José Alberto Humbert | Calle Aquilino De La Guardia Y Ave. 5ta. B Sur | Torre Banco General | Panama | | Piso 18 | Republic of Panama |
| One Communications | | 2150 Holmgren Way | | Green Bay | WI | 54304 | |
| Sadis & Goldberg LLP | Attn: Ron Geffner | 551 Fifth Avenue, 21st Flr. | | New York | NY | 10176 | |
| Victor Chong | Highview Point Partners | 1055 Washington Blvd., 5th Flr. | | Stamford | CT | 06901 | |
| Belinda Pereira | Highview Point Partners | 1055 Washington Blvd., 5th Flr. | | Stamford | CT | 06902 | |
| Danziger Markhoff LLP | | 123 Main Street | | White Plains | NY | 10601 | |
| Reckson Operating Partnership | | 420 Lexington Ave. | | New York | NY | 10170 | |
| Optimum Lightpath | Attn: Aaron Finch | 565 Taxter Rd | | Elmsford | NY | 10523 | |
| Cablevision | | 1111 Stewart Avenue | | Bethpage | NY | 11714 | |
| Verizon Wireless | | P.O. Box 15062 | | Albany | NY | 12212-5062 | |

# EXHIBIT B

**[REDACTED - CONFIDENTIAL LIST OF INVESTORS IN HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT, LP, AND HIGHVIEW POINT MASTER FUND, LTD.]**