# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                          )       Chapter 11
                                                )
HIGHVIEW POINT PARTNERS, LLC,                   )       Case No. 11-11432 (KJC)
                                                )
                            Debtor.             )       **Related Docket Nos. 21, 22, and 28**
------------------------------------------------------------------ x

## STATEMENT OF DEBTOR REGARDING DISMISSAL OF BANKRUPTCY CASE

Highview Point Partners, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), by and through its proposed undersigned counsel, makes the following statement (the "Statement") regarding the *Motion of Receiver* (the "MK Receiver") *for Michael Kenwood Capital Management, LLC and Affiliates for Order (I) Dismissing Debtor's Chapter 11 Case* (the "Bankruptcy Case") *(A) For Cause (Bad Faith) Under 11 U.S.C. § 1112(b), And/Or (B) As Violative of Court Order And/Or (C) Under 11 U.S.C. § 305 (a)(1), or, Alternatively, (II) Transferring Venue to the United States Bankruptcy Court for the District of Connecticut* (the "Motion to Dismiss").

A status conference was held on May 24, 2001 (the "May 24 Conference") at which the Court considered the MK Receiver's motion to shorten the notice period with respect to the Motion to Dismiss. With the Debtor's consent, the Court set a deadline of June 2, 2011 at 12:00 p.m. (Eastern Daylight Time) to object to the Motion to Dismiss. The Court also scheduled a hearing on the Motion to Dismiss for June 3, 2011 at 10:00 a.m. (Eastern Daylight Time) if any objections to the motion are filed.

The Debtor does not concede any allegations set forth in the Motion to Dismiss or agree with the positions taken by the MK Receiver in support of the Motion to Dismiss.

#14327935 v1

Notwithstanding the foregoing, for the reasons set forth on the record during the May 24 Conference, the Debtor consents to the dismissal of the Bankruptcy Case without prejudice and pursuant to the provisions set forth in 11 U.S.C. § 349. To the extent that a hearing is held on the Motion to Dismiss or the dismissal is sought upon terms other than as set forth in this Statement, the Debtor fully reserves all of its rights with respect to the Motion to Dismiss.

| | |
|---|---|
| Dated: May 25, 2011<br>Wilmington, Delaware | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br> /s/ Evelyn J. Meltzer<br>David B. Stratton (DE No. 960)<br>Evelyn J. Meltzer (DE No. 4581)<br>John H. Schanne, II (DE No. 5260)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br><br>-and-<br><br>Gary S. Lee<br>Norman S. Rosenbaum<br>Melissa A. Hager<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-0050<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>Proposed Attorneys for the Debtor and Debtor in Possession |