# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re:                                                  )    Chapter 11
                                                        )
HIGHVIEW POINT PARTNERS, LLC,                           )    Case No. 11-11432 (KJC)
                                                        )
                        Debtor,                         )    Related Docket No. 21, 22, 25, 31, 36
------------------------------------------------------- x
```

## ORDER PURSUANT TO SECTION 349 OF THE BANKRUPTCY CODE DISMISSING DEBTOR'S CHAPTER 11 CASE WITHOUT PREJUDICE

Upon the Motion of the Receiver for Michael Kenwood Capital Management, LLC and Affiliates for Order (I) Dismissing Debtor's Chapter 11 Case (the "Bankruptcy Case") (A) For Cause (Bad Faith) Under 11 U.S.C. § 1112(b), and/or (B) as Violative of Court Order and/or (C) under 11 U.S.C. § 305 (a)(1), or, Alternatively, (II) Transferring Venue to the United States Bankruptcy Court for the District of Connecticut (the "Motion"); and upon consideration of the Statement of Highview Point Partners LLC (the "Debtor") dated May 25, 2011 Regarding Dismissal of the Bankruptcy Case (the "Debtor's Statement"); and upon having considered the statements of counsel with respect to the Motion at the May 24 Conference;[1] and it further appearing that notice of the Motion, the Debtor's Statement and the Order Shortening Notice as reflected in the respective affidavit and declaration of service filed with the Court is sufficient under the circumstances, that no other or further notice be provided; and it further appearing that the Debtor has stipulated to the dismissal of the Bankruptcy Case without prejudice pursuant to section 349 of the Bankruptcy Code and that such dismissal is in the best interests of the Debtor, its estate and its creditors; and with no objections having been filed after notice was provided to the creditors listed in the matrix attached to the Debtor's bankruptcy petition, the Debtor's largest unsecured creditors, the Bankruptcy Rule 2002 list and the investors in Highview Point Offshore, Ltd., Highview Point, L.P. and Highview Point Master Fund, Ltd.; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Certification of Counsel Regarding Order Dismissing Debtor's Bankruptcy Case Without Prejudice.

IT IS HEREBY ORDERED THAT:

1. The Debtor shall pay or cause payment to be made to the UST of $325.00 for UST fees incurred in the Bankruptcy Case within five (5) days of the entry of this Order.

2. The CRO Retention Application is hereby withdrawn.

3. The Motion to Extend Time is hereby withdrawn.

3. The Debtor's Bankruptcy Case is hereby dismissed without prejudice pursuant to section 349 of the Bankruptcy Code and without costs to any party.

Dated: June 2, 2011
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE